No. 1223. CHELTENHAM & ABINGTON SEWERAGE CO. *v.* PENNSYLVANIA PUBLIC UTILITY COMMISSION; and

No. 1230. NEWTON OIL CO. *v.* BOCKHOLD ET AL. See *ante,* p. 784.